UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHEIKH AHMAD,                         **Docket No**.: 1:25-cv-02212-MKB-JRC

        Plaintiff,

                                        **NOTICE OF SETTLEMENT**

   -against-

TRANS UNION, LLC,

        Defendant.
_____/

      **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between Plaintiff, SHEIKH AHMAD, and Defendant, TRANS UNION, LLC, pending the exchange and approval of final settlement papers.

Dated: May 22, 2025

                                                  Respectfully submitted,

                                                  _____
                                                  Subhan Tariq, Esq.
                                                  Tariq Law PC
                                                  **Attorney for Plaintiff**
                                                  99 Park Avenue, Suite 1530
                                                  New York, NY 10016
                                                  Telephone: (212) 804-9095
                                                  Email: subhan@tariqlaw.com