UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEIKH AHMAD, | Docket No.: 1:25-cv-02212-MKB-JRC |
| Plaintiff, | |
| -against- | STIPULATION OF DISMISSAL WITH PREJUDICE |
| TRANS UNION, LLC, | |
| Defendant. | |

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Sheikh Ahmad and Defendant Trans Union, LLC, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

| | |
|---|---|
| **Tariq Law PC** | **Buchanan Ingersoll & Rooney PC** |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Sheikh Ahmad* | *Trans Union, LLC* |
| By: _____ | By: _____ |
| Subhan Tariq, Esq. | Andrew George Hope, Esq. |
| 99 Park Ave, Suite 1530 | 50 S 16th Street, Suite 3200 |
| New York, NY 10016 | Philadelphia, PA 19102 |
| Tel No: (212) 804-9095 | Tel No.: (212) 665-8700 |